IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**GREGOIRE M. THOMAS,**<br>Supervised Releasee | **NO. 5: 05-CR-76 (CAR)**<br><br>RE:  SUPERVISED RELEASE VIOLATIONS[1] |

# O R D E R

**GREGOIRE M. THOMAS**, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for an Initial Appearance under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.  With assistance of counsel, he waived a Preliminary Hearing.

Upon consideration of the government's request for the detention of the SUPERVISED RELEASEE pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  Mr. Thomas is alleged to have violated his supervised release, *inter alia*, by possessing two firearms on October 12, 2009, in violation of mandatory conditions of supervision.  On February 5, 2007, his probation was revoked and he was sentenced to a period of imprisonment followed by a three year term of supervised release.  Ion addition, he is currently under indictment in Case No. 5:10-CR-19 (HL) for POSSESSION OF A FIREARM BY A CONVICTED FELON for which he was this day arraigned.

---

[1] Although the petition seeking revocation is entitled Petition for Action on Probation, it is, in fact a petition seeking revocation of supervised release.  Hence, Mr. Thomas will be referred to herein as a supervised releasee.

Accordingly, IT IS ORDERED AND DIRECTED that **GREGOIRE M. THOMAS** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 24th day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE